Omel A. Nieves, Esq., SBN 134444          TERMED
 nieves@huntortmann.com
Marian K. Selvaggio, Esq., SBN 224072
 selvaggio@huntortmann.com
HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200   Fax: (626) 796-0107

Attorneys for Plaintiff Pink Transfer, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PINK TRANSFER, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LAPROM, INC., a California corporation; EDUARD KARABET dba LAPROM MOVING; JOEL BURLIN dba LAPROM; PINK MOVING, INC. a California corporation; LAPROM MOVING AND STORAGE dba PINK MOVING; EDUARD KARABET dba PINK MOVING and; DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:11-CV-01280 CBM (VBKx)<br>[Assigned to District Judge Consuelo B. Marshall and Discovery Magistrate Judge Victor B. Kenton]<br><br>**ORDER ON STIPULATION FOR PERMANENT INJUNCTION** |

The Court has reviewed and accepted the Parties Stipulation for Permanent Injunction. Therefore,

IT IS ORDERED that the Court enter an Order in accordance with the terms of this Stipulation for Permanent Injunction as follows:

   1.   Defendants Laprom, Inc., a California corporation; Eduard Karabet dba Laprom Moving; Joel Burlin dba Laprom; Pink Moving, Inc., a California corporation; Laprom Moving and Storage dba Pink Moving; Eduard Karabet dba Pink Moving, in addition to their officers, agents, servants, employees, attorneys, or any of them, and all persons acting in concert

or participation with any of the Defendants are enjoined from using, displaying, or otherwise presenting the trademark/service mark "**Pink**" in any manner, style, or form, in connection with any personal use and/or businesses, including but not limited to "moving", "storage", "trucking", "transportation", "shipping", "packaging" and/or "importing/exporting".  Furthermore the Defendants are permanently restrained and enjoined from using the trademark/service mark "**Pink**" whether the Defendants are acting directly or through any corporation, subsidiary, division or other device.

2. This Court has jurisdiction over the subject matter of this case and the parties consenting hereto.  Venue is proper in the Central District of California-Western Division.

3. This is an action instituted by Plaintiff under Sections 15 U.S.C.P. §§1125(a), (c); California Business and Professions Code §14247; Business and Professions Code §17200 et. seq., and Plaintiff has the authority to seek the relief it has requested.

4. Defendants waive all claims under the Equal Access to Justice Act 28 U.S.C. §2412, amended by Pub. L. 104-121, 110 Stat 847, 863-64 (1996).

5. The Defendants waive all rights to seek appellate review or otherwise challenge or contest the validity of this Order, and have further waived and released any claim they may have against Plaintiff, Pink Transfer, its employees, and agents.

6 This Court shall retain jurisdiction over this matter for purposes of construction, modification, application and enforcement of this Order.

7. This Court shall further retain jurisdiction over this matter for purposes of enforcement of the underlying settlement agreement the parties entered into.  The parties have also entered into a Stipulated Judgment which this Court shall also retain jurisdiction to rule on.  It is agreed that the Plaintiff will retain custody of the Stipulated Judgment and only file such in the event the Defendants violate this Order or breach the underlying settlement agreement.

8. The parties have been fully counseled on and understand the consequences of this Stipulation.

9. The attorneys who sign this Stipulation on behalf of the parties are fully authorized to make this stipulation on behalf of their respective principals.

1    Defendants and the Plaintiffs, by its counsel, hereby consent to the terms and condition of
2 this Order as set forth above and consent to the entry of an Order with the same terms.

DATED: December 9, 2011

Consuelo B. Marshall
United States District Judge

HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Phone (626) 440-5200 • Fax (626) 796-0107

440553.1 OAN 3655.002                          3                    ORDER FOR PERMANENT INJUNCTION